■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CARDONA, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Kings County (Murray, J.), both rendered June 23, 1983.

Ordered that the judgments are affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816). Mollen, P. J., Bracken, Rubin, Sullivan and Rosenblatt, JJ., concur.